FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets (v.12.10)　　　　　　　　　　　　　　11-21033 - D - 7



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | FILED<br><br>3/14/11<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>smis |

## NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

Case Number:　　11-21033 - D - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Arne Michael Gallagher　　　　　　　　　　　　Kathleen Camille Spoto
xxx-xx-6812　　　　　　　　　　　　　　　　　　xxx-xx-4077

11306 Bixler Place　　　　　　　　　　　　　　11306 Bixler Place
Grass Valley, CA 95949　　　　　　　　　　　　Grass Valley, CA 95949

**Deadline to File a Proof of Claim:**

Proof of Claim must be received by the Bankruptcy Clerk's Office by **6/14/11**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court at the address above on or before the date indicated above unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid.

A Proof of Claim form is included with this notice. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of your completed Proof of Claim form together with a stamped, self-addressed envelope. There is no fee for filing a Proof of Claim. Any creditor who has filed a Proof of Claim in this case already need not file another.

Dated:　　　　　　　　　　　　　　　　　　　　For the Court,
3/14/11　　　　　　　　　　　　　　　　　　　　Wayne Blackwelder , Clerk