FORM L51 Final Decree  (v.7.06)

11-21033 − D − 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**10/27/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

shbs

# FINAL DECREE

Case Number: 11-21033 − D − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Arne Michael Gallagher
xxx−xx−6812

11306 Bixler Place
Grass Valley, CA 95949

Kathleen Camille Spoto
xxx−xx−4077

11306 Bixler Place
Grass Valley, CA 95949

Trustee:
Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682

Telephone Number: 530−232−6119

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7−500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above−entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
10/27/11

For the Court,
Wayne Blackwelder , Clerk